WILLIAM PRICE v. STATE. .
No. A-889. Opinion Filed April 18, 1912.
Appeal from Superior Court, Pittsburg County;
P. D. Brewer, Judge.

William Price was convicted of assault with intent to kill, and appeals. Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. William Price, the plaintiff in error, was convicted in the superior court of Pittsburg county at the March, 1910, term, on a charge of assault with intent to kill, and on the 12th day of said month was sentenced by the court, in accordance with the verdict of the jury, to serve eighteen months in the state penitentiary. The appeal was filed in this court on the 12th day of September, 1910. No brief has been filed and no appearance made for oral argument. We have carefully examined the record, and find no error sufficiently prejudicial to justify reversal of this judgment. The Attorney General has entered a motion to affirm for want of prosecution. The motion is sustained, and the judgment affirmed.

---

VIRGIL HARGRAVES v. STATE.
No. A-993. Opinion Filed April 18, 1912.
Appeal from Carter County Court;
I. R. Mason, Judge.

Virgil Hargraves was convicted of violating the prohibitory law, and appeals. Affirmed.

Sigler & Howard, for plaintiff in error.

E. G. Spilman and Smith C. Matson, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error, Virgil Hargraves, was convicted in the county court of Carter county on a charge of selling intoxicating liquor, and on the 29th day of November, 1910, adjudged to pay a fine of fifty dollars and be imprisoned in the county jail for a period of thirty days. Upon a careful examination of the record we find no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is, therefore, affirmed.